No. 874. FAMILY RECORD PLAN, INC. (DISSOLVED), ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Thomas A. Baird, Alva C. Baird* and *Harold Easton* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Norman H. Wolfe* for respondent.

No. 923. SAGER GLOVE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Morton K. Rothschild* for respondent.

No. 928. STRAUSS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Thomas B. Dewolf* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 929. G. LEBLANC CORP. *v.* H. & A. SELMER, INC. C. A. 7th Cir. Certiorari denied. *Edward A. Haight, Roy H. Olson* and *Robert M. Wolters* for petitioner. *Benjamin H. Sherman* for respondent.

No. 930. KURCK *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Jack Holt, Sr.* for petitioner.

No. 933. JOHNSTON *v.* EARLE ET AL. C. A. 9th Cir. Certiorari denied. *Warde H. Erwin* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for respondents.